**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSE ARANA OLIVARES,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No.    15-70594

Agency No. A092-893-320

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 16, 2016**

Before:    O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

Jose Arana Olivares, a native and citizen of Mexico, petitions for review of

an immigration judge's order affirming the decision of an asylum officer during

expedited removal proceedings.  We dismiss the petition for review.

We lack jurisdiction to review Arana Olivares's removal order because it

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

was issued pursuant to 8 U.S.C. § 1225(b)(1), and none of the exceptions to the restriction on judicial review of expedited removal orders apply. *See Pena v. Lynch*, 815 F.3d 452, 455-56 (9th Cir. 2016) (concluding court generally lacks jurisdiction to review removal orders issued pursuant to 8 U.S.C. § 1225(b)(1), and describing the exceptions).

**PETITION FOR REVIEW DISMISSED**.